WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**TIMOTHY McKENZIE,**                                    Case No. 6:12-cv-02167-MC

         Plaintiff,

vs.                                                                              ORDER

**COMMISSIONER of Social Security,**

         Defendant.

---

Attorneys' fees in the amount of $37,500.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount of the EAJA fee previously received by the attorney and to send to Plaintiff's attorney the balance of **$30,931.75**, minus any user fee. Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 15 day of  March , 2016.

                                             _____
                                             United States District Court Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1